**FILED**

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Robert S. Green (State Bar No. 136183)
   **GREEN WELLING LLP**
2  595 Market Street, Suite 2750
   San Francisco, CA 94105
3  Telephone: (415) 477-6700
   Facsimile: (415) 477-6710
4  Email: cand.uscourts@classcounsel.com

5  Liaison Counsel for Lead Plaintiff Roberts Group

6  Michael K. Yarnoff (myarnoff@sbclasslaw.com)
   Karen E. Reilly (kreilly@sbclasslaw.com)
7  **SCHIFFRIN & BARROWAY, LLP**
   280 King of Prussia Rd.
8  Radnor, PA 19087
   Telephone: (610) 667-7706
9  Facsimile: (610) 667-7056

10 Lead Counsel for Lead Plaintiff Roberts Group

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15  _____  )
                                              )  Master File No. C-05-1468-MHP
16  In re BLUE COAT SYSTEMS, INC.,            )
    SECURITIES LITIGATION                     )  **CLASS ACTION**
17  _____  )
                                              )
18  This Document Relates To:                 )  **NOTICE OF VOLUNTARY**
                                              )  **DISMISSAL PURSUANT TO FED.**
19      All Actions.                          )  **R. CIV. P. 41(a)(1)**
                                              )
20                                            )
                                              )
21  _____  )

22

23  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

24         WHEREAS, plaintiff Victor Hefner filed a class action complaint on behalf of himself

25  and all others similarly situated against Blue Coat Systems, Inc., Brian M. NeSmith, and

26  Robert Verheecke on April 25, 2005, captioned *Hefner v. Blue Coat Systems, Inc., et. al.*, Case

27  No. C-05-1692-MJJ ("Complaint"); and

28

NOTICE OF VOLUNTARY DISMISSAL
Master File No. C-05-1468-MHP                                                                    1

1  WHEREAS, on June 22, 2005, the Court entered an order consolidating four securities
2  actions into a single action for pretrial proceedings captioned *In re Blue Coat Systems, Inc.*
3  *Securities Litigation*, Master File No. C-05-1468-MHP; and
4  WHEREAS, on August 8, 2005, the Court entered an order appointing the Roberts Group
5  as Lead Plaintiff and approving the selection of Schiffrin & Barroway, LLP as Lead Counsel
6  and Green Welling LLP as Liaison Counsel; and
7  WHEREAS, the Roberts Group after further investigation, no longer intends to pursue
8  this litigation, at this time on behalf of itself or the class;
9  NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of
10  Civil Procedure 41(a)(1), the Roberts Group voluntarily dismisses this consolidated action and
11  the Complaint without prejudice. Green Welling LLP and Schiffrin & Barroway, LLP withdraw
12  from representation of the Roberts Group's interests in this action.

DATED: October 7, 2005         **GREEN WELLING LLP**

By: ____/s/____
    Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

*Liaison Counsel for Lead Plaintiff Roberts Group*

Michael K. Yarnoff
Karen E. Reilly
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiff Roberts Group*

[Handwritten note: The Clerk shall close all files consolidated into this action: 05-1468, 05-1520, 05-1692, 05-1829]

[Handwritten date: 10/18/05]

IT IS SO ORDERED
_____
U.S. DISTRICT JUDGE

NOTICE OF VOLUNTARY DISMISSAL
Master File No. C-05-1468-MHP

2

## CERTIFICATE OF SERVICE

1. I, Leslie R. Cuesta, hereby declare as follows:

2. I am employed by Green Welling, A Limited Liability Partnership, 595 Market Street, Suite 2750, San Francisco, California 94105. I am over the age of eighteen years and am not a party to this action. On October 7, 2005, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

by electronic transmission of a Notice of Electronic Filing via the United States District Court, Northern District of California's Electronic Case File program the above listed document(s) to the email address(es) registered in the case on this date.

In compliance with Civil L.R. 23-2, service is also made via electronic mail to a Designated Internet Site that is identified by its physical and electronic addresses set forth below.

Securities Class Action Clearinghouse
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
Email: jcarlos@law.stanford.edu

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed October 7, 2005, at San Francisco, California.

/s/
Leslie R. Cuesta

NOTICE OF VOLUNTARY DISMISSAL
Master File No. C-05-1468-MHP